DAVID G. CROFUT, Respondent, *v.* STATE OF NEW YORK, Appellant.
(Motion No. 1889.)

ANITA M. CROFUT, Respondent, *v.* STATE OF NEW YORK, Appellant.
(Motion No. 1890.)

Argued January 24, 1952; decided March 13, 1952.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley and Wendell P. Brown* of counsel), for appellant.

*Julian V. D. Orton* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and FROESSEL, JJ.